**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-1214**
_____

DONALD LEON SMILEY,

                    Plaintiff - Appellant,

        v.

JOHN R. SMILEY, SR.; ETHEL SMILEY,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (2:09-cv-00613-RAJ-FBS)

_____

Submitted:  May 20, 2010              Decided:  May 26, 2010

_____

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Donald Leon Smiley, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Leon Smiley seeks to appeal the district court's order dismissing his civil complaint against his parents. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Dir., Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on December 30, 2009. The notice of appeal was filed on February 19, 2010. Because Smiley failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2